Prant *v.* Prant, Appellant.

Ar-

gued June 12, 1974. *Morton Gordesky,* for appellant; *Arthur L. Pressman,* with him *Abraham, Pressman & Tietz,* for appellee.

OPINION PER CURIAM: The order below is modified to sixty dollars per week for the child's support and affirmed as modified.

JACOBS and PRICE, JJ., absent.